≈AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Mass

U.S.
v.
Francis Mocco et als.

**APPEARANCE**

Case Number: 04-M-221-JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Francis Mocco

I certify that I am admitted to practice in this court.

5/25/04
Date

FILED IN OPEN COURT

U.S. DISTRICT COURT

2 2004

RECEIVED

_(signature)_
Signature

Albert F. Cohen, Jr.     107900
Print Name               Bar Number

30 Mass. Ave
Address

N. Andover, Ma.     01845
City    State    Zip Code

978-794-5658    978-794-3544
Phone Number    Fax Number