AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

UNITED STATES OF AMERICA

V.

BUCCI (2), JORDAN (3), MUOLO (4)

## EXHIBIT AND WITNESS LIST

Case Number:  MJ04-M-221 JLA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALEXANDER | JOHN FARLEY | Lewin,  Drechsler, Cullen |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 5/25/2004; 5/26/04; 5/28/04 | DIGITAL RECORDING | REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5-25-04 | direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Jordan, Muolo) |
| X | | 5-26-04 | direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Jordan) |
| 1 | | 5-26-04 | X | X | CD: RECORDED CONVERSATION OF JORDAN & MINOTTI (as to Jordan) |
| X | | 5-26-04 | cross | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Jordan) |
| X | | 5-26-04 | re-direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Jordan) |
| X | | 5-26-04 | re-cross | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Jordan) |
| | X | 5-26-04 | direct | | ANTHONY SPADAFORA, Grandfather-IN-LAW OF DEFENDANT (as to Jordan) |
| | X | 5-26-04 | cross | | ANTHONY SPADAFORA, Grandfather-IN-LAW OF DEFENDANT (as to Jordan) |
| | X | 5-26-04 | direct | | WILLIAM  SPADAFORA, FATHER-IN-LAW OF DEFENDANT (as to Jordan) |
| | X | 5-26-04 | cross | | WILLIAM  SPADAFORA, FATHER-IN-LAW OF DEFENDANT (as to Jordan) |
| | X | 5-26-04 | re-direct | | WILLIAM  SPADAFORA, FATHER-IN-LAW OF DEFENDANT (as to Jordan) |
| X | | 5-28-04 | direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Muolo) |
| 1 | | 5-28-04 | X | X | CD: RECORDED CONVERSATION OF JORDAN & MINOTTI (as to Bucci, Muolo) |
| 2 | | 5-28-04 | X | X | TAPE: RECORDED CONVERSATION OF MINOTTI & BUCCI (as to Bucci, Muolo) |
| X | | 5-28-04 | cross | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Muolo) |
| X | | 5-28-04 | re-direct | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Muolo) |
| X | | 5-28-04 | re-cross | | KEVIN O'NEIL, DRUG TASK FORCE TROOPER (as to Bucci, Muolo) |
| X | | 5-28-04 | direct | | ROSEMARY KEEFE, MOTHER OF DEFENDANT BUCCI (as to Bucci, Muolo) |
| X | | 5-28-04 | cross | | ROSEMARY KEEFE, MOTHER OF DEFENDANT BUCCI (as to Bucci, Muolo) |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.