UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 29 P 2: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

FRANCIS MUOLO

WARRANT FOR ARREST

CASE NUMBER: MJ04-M-221 JLA

TO:  The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest FRANCIS MUOLO
                                            Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to possess with intent to distribute over 500 grams of cocaine, a schedule II controlled substance,

in violation of Title 21, United States Code, Section 846.

JOYCE LONDON ALEXANDER        U.S. Magistrate Judge
Name of Issuing Officer                Title of Issuing Officer

[signature]                           May 20, 2004 BOSTON, MASSACHUSETTS
Signature of Issuing Officer           Date and Location

Bail fixed at $ _____ by _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | WARRANT EXECUTED BY BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 05/20/2004 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | | | |

AO 442 Warrant for Arrest